```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

KELLY E. WEIR, JR.,                 :
                                    :
    Plaintiff,                     :
                                    :
vs.                                 :    CIVIL ACTION 15-052-M
                                    :
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Kelly E. Weir, Jr. and against Defendant Carolyn W. Colvin.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $3,102.05.

DONE this 15th day of March, 2016.


                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE